UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

CASE No. 8:13-MJ-1179TGW                           DATE: MARCH 19, 2013

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Lee Bentley |
| -v- | |
| CRAIG BERKMAN | AFPD Adam Allen |

COURT RPTR _____        DEPUTY CLERK: Carrie A. Williams
TAPE: DIGITAL    TIME: 2:59 - 3:06    COURTROOM 12A

## PROCEEDINGS: INITIAL

_____ Deft provided w/copy of COMPLAINT from SOUTHERN DISTRICT OF NEW YORK
_____ ARRESTED: 3/19/13
_____ Court advises of Deft's Rule 5 rights and charges
_____ Financial Affidavit submitted for approval
_____ FPD appointed for all purposes including trial
_____ Govt position: SECURED BOND IN SIGNIFICANT AMOUNT - defendant's family may try to help with bond;
DEFENDANT: continue to try reaching family
COURT: Bail hearing set 2:30 PM on Thursday, March 21 (in light of amount of money, court would have detained defendant but will set hearing for later)
_____ PRELIMINARY EXAM HEARING - reserved –to be held in New York